PROB 12B
(7/93)

Report Date: September 3, 2013

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Johnny James                Case Number: 2:00CR02095-001
                                                           2:00CR02096-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 10/24/2000         Type of Supervision: Supervised Release

Original Offense:                             Date Supervision Commenced: 6/17/2013
2:00CR02095-001
Felon in Possession of a Firearm, 18 U.S.C. §
922(g)(1);

2:00CR02096-001
Possession of a Controlled Substance, 21 U.S.C. §
844

Original Sentence: Prison - 180 Months; TSR - 60    Date Supervision Expires: 6/16/2018
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider,
        enter into and successfully complete an approved substance abuse treatment program, which could include
        inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to
        pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

20      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising officer, but no more than six tests per month, in order to confirm continued
        abstinence from these substances.

## CAUSE

In order for substance abuse testing condition previously ordered by the Court to be in compliance with 9th Circuit
case law, the above modifications are recommended. Mr. James has agreed to the modification and a signed waiver
is enclosed for the Courts review.

Prob 12B
Re: James, Johnny
September 3, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/03/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Sept 4 2013

Date